**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **MARIA RAMIREZ and PEDRO RAMIREZ,** § <br> **as Representatives of the Estate** § <br> **and Statutory Death Beneficiaries** § <br> **of DANIEL ANTONIO RAMIREZ,** § <br> § <br> **Plaintiffs,** § <br> § <br> **v.** § <br> § <br> **RUBEN ESCAJEDA, JR, and** § <br> **THE CITY OF EL PASO, TEXAS** § <br> § <br> **Defendants.** § | **CAUSE NO. 3:17-CV-00193-DCG** |

**DEFENDANT OFFICER ESCAJEDA'S NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Officer Ruben Escajeda, Defendant in the above styled and numbered case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order (Doc. # 154) denying Officer Escajeda's Motion for Summary Judgment (Doc. ## 90 (joining the Defendant City of El Paso, Texas along with the Reply, Doc. # 121) and Officer Escajeda's individual supporting briefs at Doc. ## 122, 135, 136) based on qualified immunity entered in this action on the 20th day of August, 2021.

Respectfully submitted,

**JIM DARNELL, P.C.**
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915)532-2442
Fax:    (915)532-4549


By: /s/ Jim Darnell
   **Jim Darnell**
   Jdarnell@jdarnell.com
   TX State Bar No. 05391250
   NM State Bar No. 148187

   **Jeep Darnell**
   Jedarnell@jdarnell.com
   TX State Bar No. 24075845
   NM State Bar No. 143950

**Attorneys for
Officer Ruben Escajeda**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2021, a true and correct copy of the foregoing document has been electronically filed via the CM/ECF system.


/s/ Jim Darnell
Jim Darnell