IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIA RAMIREZ and PEDRO RAMIREZ, as Representatives of the Estate and Statutory Death Beneficiaries Of DANIEL ANTONIO RAMIREZ | § § § § § | |
| Plaintiffs, | § § | CIVIL NO. 3:17-cv-00193-DCG |
| vs. | § § | |
| RUBEN ESCAJEDA, JR. and CITY OF EL PASO, TEXAS | § § § | |
| Defendants | § § | |

**DEFENDANT CITY OF EL PASO'S OPPOSED MOTION FOR LEAVE TO FILE ITS 12(c) MOTION TO DISMISS AND RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant City of El Paso (City) and files this its Opposed Motion for Leave to file its 12(c) Motion to Dismiss and Renewed Motion for Partial Summary Judgment [previously filed [Dkt. 90] and would respectfully show the Court as follows:

1. The City filed its Motion for Summary Judgment on September 2, 2020 [Dkt. 90].

2. The Court ruled on the Motion for Summary Judgment on August 20, 2021. [Dkt. 154].

3. On June 9, 2023 the Fifth Circuit Court issued an opinion *Edwards v. The City of Balch Springs,* No. 22-10269, ___F.4th____, 2023 WL 3916280 [5th Cir. June 9, 2023). That decision has changed or clarified the law of *Monell* liability of a city concerning formal city policies which are attacked on the basis that they allow subjective decision making and officer discretion. That decision further holds that, "An official, written policy is "itself" unconstitutional only if it affirmatively allows

or compels unconstitutional conduct." *Edwards,* 2023 WL 3916280 *3.  A true and correct copy of the Edwards Opinion is attached as Exhibit A.

4. Plaintiffs' Complaint fails to allege facts meeting the applicable standard under this new opinion, and the Court's prior ruling on Summary Judgment is contrary to the analysis and holding in that case.

5. The undersigned has conferred with Plaintiffs' Counsel, and they have not responded, so this Motion is filed as "opposed."

6. The City respectfully requests the Court to enter an order granting leave to file their Renewed Motion to Dismiss and Renewed Motion for Partial Summary Judgment and order the Clerk of the Court to file said Motion.

   WHEREFORE, PREMISES CONSIDERED, Defendant City of El Paso prays that the Court grant Defendant City of El Paso's Motion for Leave to file a Renewed Motion to Dismiss and Renewed Motion for Partial Summary Judgment, which is attached as Exhibit B.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
lfdenton@rampagelaw.com
rldrinkard@rampagelaw.com
smtschirhart@rampagelaw.com
pbernal@rampagelaw.com

By:   */s/ Lowell F. Denton*
LOWELL F. DENTON
State Bar No. 05764700
ROBERT L. DRINKARD
State Bar No. 24007128
SCOTT M. TSCHIRHART
State Bar No. 24013655
PATRICK C. BERNAL
State Bar No. 02208750

ASSISTANT CITY ATTORNEY
MATTHEW G. MARQUEZ
State Bar No. 24116720
MarquezMG@elpasotexas.gov
300 N. Campbell
El Paso, Texas 79901
(915) 212-0033
(915) 212-0034 (Fax)

*Attorneys for Defendant*
*The City of El Paso, Texas*

## CERTIFICATE OF CONFERENCE

On June 19, 2023, counsel for the City contacted Plaintiffs to determine whether they would consent to the filing of this Motion and they are opposed.

   */s/ Lowell F. Denton*
   LOWELL F. DENTON

3

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify and attest that on this 19th day of June 2023 all parties in interest listed below have received a true and correct copy of the foregoing as indicated or by **electronic mail from the Clerk of the Court.**

| | |
|---|---|
| Lynn Coyle | **E-NOTIFICATION** |
| Christopher Benoit | |
| THE LAW OFFICE OF LYNN COYLE, PLLC | |
| 2515 North Stanton Street | |
| El Paso, Texas 79902 | |
| | |
| Ray Velarde | **E-NOTIFICATION** |
| 1216 Montana Ave. | |
| El Paso, Texas 79902 | |

                                        */s/ Lowell F. Denton*
                                        LOWELL F. DENTON