IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVIDION

| | |
|---|---|
| MARIA RAMIREZ and PEDRO RAMIREZ, as Representatives of the Estate and Statutory Death Beneficiaries of DANIEL RAMIREZ, <br><br> *Plaintiffs*, <br><br><br> RUBEN ESCAJEDA, JR., and THE CITY OF EL PASO, TEXAS, <br><br> *Defendants*, | CIVIL ACTION NO. 3:17-CV-00193-DCG |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE DAVID C. GUADERRAMA:

Now Comes Plaintiffs, Maria Ramirez and Pedro Ramirez, as representatives of the Estate and Statutory Death Beneficiaries of Daniel Ramirez and The City of El Paso, Texas (hereinafter "Parties") in the above-entitled and captioned cause and file this Joint Advisory to the Court and respectively state as follows:

1. Following a mediation held on June 19, 2023, the Parties continued with negotiations.

2. On June 20, 2023, the settlement discussions were taken up by City Council. On June 21, 2023 the Parties agreed to a settlement and entered into a Mediated Settlement Agreement. The mediator filed his notice of the same by fax to the Court on June 21, 2023. A true and correct copy is attached as Exhibit A.

3. The Parties are currently in the process of exchanging and reviewing the formal Settlement and Release Agreement and Joint Stipulation of Dismissal. The Parties will file the Joint

Stipulation of Dismissal as soon as the City funds the settlement which is anticipated to take place within 60 days. Once the settlement is funded, the parties will immediately file for dismissal.

4.      Based on the fully enforceable settlement agreement reached on June 21, 2023, the Parties seek relief from all pre-trial and trial deadlines in this matter and respectfully and jointly request that the Court set aside the pretrial deadlines and trial setting.

        Respectfully submitted,

        THE LAW OFFICE OF LYNN COYLE, P.L.L.C.
        2515 North Stanton
        El Paso, Texas 79902
        (915) 532-5544
        (915) 532-5566 Fax

By:     */s/ Lynn Coyle*
        LYNN COYLE
        Texas Bar No. 24050049
        lynn@coylefirm.com
        CHRISTOPHER BENOIT
        Texas Bar No. 24068653
        chris@coylefirm.com

        RAY VELARDE
        State Bar No. 20539950
        ray@velardelaw.com
        1216 Montana Ave.
        El Paso, TX  79902-5512
        (915) 532-6003
        Fax (915) 542-2341
        ***Attorneys for Plaintiffs***

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
lfdenton@rampagelaw.com
rldrinkard@rampagelaw.com
smtschirhart@rampagelaw.com
pbernal@rampagelaw.com

By: _____
LOWELL F. DENTON
State Bar No. 05764700
ROBERT L. DRINKARD
State Bar No. 24007128
SCOTT M. TSCHIRHART
State Bar No. 24013655
PATRICK C. BERNAL
State Bar No. 02208750

ASSISTANT CITY ATTORNEY
MATTHEW G. MARQUEZ
State Bar No. 24116720
MarquezMG@elpasotexas.gov
300 N. Campbell
El Paso, Texas 79901
(915) 212-0033
(915) 212-0034 (Fax)
*Attorneys for Defendant*
*The City of El Paso, Texas*

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individual(s) as indicated, and according to the Federal Rules of Civil Procedure on the 27th day of June 2023.

Lynn Coyle                             **E-NOTIFICATION**
Christopher Benoit
THE LAW OFFICE OF LYNN COYLE, PLLC
2515 North Stanton Street
El Paso, Texas 79902

3

Ray Velarde  
1216 Montana Ave.  
El Paso, Texas 79902

**E-NOTIFICATION**

_____
SCOTT M. TSCHIRHART