# EXHIBIT A

# ANTCLIFF MEDIATION

**A Professional Limited Liability Corporation**
221 N. Kansas, Suite 609
El Paso, Texas 79901

Tel. (915) 533-1221
Fax. (915) 533-1225

www.antcliffmediation.com
chris@antcliffmediation.com

June 21, 2023

*Sent via facsimile: (915) 534-6726*
Hon. David C. Guaderrama
United States District Judge
525 Magoffin Ave.
El Paso, Texas 79901

RE:  *Maria Ramirez, et al. v. The City of El Paso, Texas*
Cause No. EP-17-CV-00193-DCG

Dear Judge Guaderrama:

This letter is to inform you that the parties mediated the above-captioned cause with me recently and they were able to reach an agreement. Counsel for the parties will be submitting the appropriate document to the Court in the coming weeks.

As always, if you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

Chris Antcliff

cc:  Ms. Lynn Coyle
Mr. Chris Benoit
Fax: (915) 532-5566

Ms. Karla Nieman
Mr. Evan Reed
Mr. Matthew Marquez
Email: *NiemanKM@elpasotexas.gov*

Mr. Lowell Denton
Fax: (210) 225-4481

**Christopher A. Antcliff**
*Attorney/Mediator/Arbitrator*
Former State Court of Appeals Justice
Former State District Court Judge